(May 29, 1922.)

STATE, Respondent, v. JOHN KOOTLAS, Appellant.

[207 Pac. 1116.]

APPEAL from the District Court of the Seventh Judicial District, for Adams County. Hon. Ed. L. Bryan, Judge.

Defendant was convicted of the crime of robbery, and appealed. Motion to affirm judgment. *Granted.*

Stinson, Harris & McClure, for Appellant.

Roy L. Black, Attorney General, and L. L. Burtenshaw, Prosecuting Attorney, for Respondent.

McCARTHY, J.—The case having been set for hearing, appellant submitted no brief or statement of points and authorities and was not represented. The Attorney General, representing respondent, appeared and moved that the judgment be affirmed. The motion is sustained. (Rule 48; *Ellsworth v. Hill,* 34 Ida. 359, 200 Pac. 1067.)

Accordingly the judgment is affirmed.

Rice, C. J., and Budge, Dunn and Lee, JJ., concur.